1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
7  Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11                     OAKLAND DIVISION
12

| UNITED STATES OF AMERICA, | ) No. CR 05-00381 MJJ |
|---|---|
| Plaintiff, | ) |
| v. | ) [~~PROPOSED~~] ORDER DOCUMENTING EXCLUSION OF TIME |
| JONATHAN HENRY WIEGMAN, | ) |
| Defendant. | ) |

With the agreement of the parties in open court on July 20, 2005, and with the consent of the defendant Jonathan Henry Wiegman, the Court enters this order (1) setting a hearing on July 29, 2005, at 10:00 a.m. before the Honorable Wayne D. Brazil and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 20, 2005 to July 29, 2005. The Court finds and holds as follows:

1. The defendant and counsel for the parties appeared before the Court on July 20, 2005. The detention hearing previously set for that date was continued upon motion of the defendant to July 29, 2005. Counsel for the government advised the Court that the government had recently produced to defense counsel a packet of materials related to the case and that the government would be producing additional discovery in the near future. Counsel for the defendant needs time to prepare for the detention hearing, to review discovery and to otherwise

1  investigate the case. Continuing the case until July 29, 2005 will give defense counsel the
2  opportunity to accomplish these objectives.

3      2.    The Court finds that, taking into the account the public interest in the prompt
4  disposition of criminal cases, granting the continuance until July 29, 2005 is necessary for
5  effective preparation of counsel and for continuity of government counsel. See 18 U.S.C.
6  § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds that the ends of justice served
7  by excluding the period from July 20, 2005 to July 29, 2005 outweigh the best interest of the
8  public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

9      3.    Accordingly, and with the consent of the defendant, the Court (1) sets a detention
10 hearing before the Honorable Wayne D. Brazil for July 29, 2005 at 10:00 a.m. and (2) orders that
11 the period from July 20, 2005 to July 29, 2005 be excluded from Speedy Trial Act calculations
12 under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

14 IT IS SO ORDERED.

17 DATED: July 22, 2006

NANDOR J. VADAS
United States Magistrate Judge

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 05-00381 MJJ]    -2-