BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JONATHAN WIEGMAN

**FILED**
JUL 2 9 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05 00381 MJJ [EMC] |
| Plaintiff, ) | [~~PROPOSED~~] ORDER DIRECTING U.S. MARSHALS TO BRING DEFENDANT TO OAKLAND COURTHOUSE FOR RELEASE |
| vs. ) | |
| JONATHAN WIEGMAN, ) | |
| Defendant. ) | |

This Court having ordered Jonathan Wiegman to be released on August 1, 2005, and good cause appearing therefor,

IT IS ORDERED that the U.S. Marshals shall bring Mr. Wiegman to the United States Courthouse in Oakland, California on August 1, 2005 and there release him from custody in order that he may comply with the condition of his release that he immediately report to U.S. Pretrial Services for further instructions.

Dated: July 29, 2005

EDWARD M. CHEN
United States Magistrate Judge

ORD                                            1