BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JONATHAN WIEGMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-05 00381 MJJ [WDB] |
|---|---|
| Plaintiff, | ) ORDER MODIFYING BOND TO EXTEND TIME BY WHICH PROPERTY MUST BE POSTED |
| vs. | ) |
| JONATHAN WIEGMAN, | ) |
| Defendant. | ) |

On Tuesday, August 2, 2005, Mary Anne Strehlow, Mr. Wiegman's mother and his custodian, underwent surgery for removal of a malignant cancerous tumor from her right breast. Although there was no evidence the tumor had metasticized, Dr. Dawn Hills, Ms. Strehlow's surgeon, did further study to determine whether any portions of the tumor remained and is awaiting a pathology report. Ms. Strehlow is scheduled to undergo an MRI at Huntington Memorial Hospital in Pasadena, California within the next few days.

Mr. Wiegman's release bond presently requires that Ms. Strehlow post her property by August 5, 2005. Ms. Strehlow anticipates that she will be able to complete the necessary paperwork early next week, prior to her scheduled MRI.

The government having expressed no objection and good cause appearing therefor, IT IS

ORD                                    1

1  ORDERED that time for posting the subject property be extended to and including Friday,
2  August 12, 2005.
3
4  Dated: August  5 , 2005

*Wayne D. Brazil*
WAYNE D. BRAZIL
United States Magistrate Judge