KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00381 MJJ |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER DOCUMENTING EXCLUSION OF TIME |
| JONATHAN HENRY WIEGMAN, | |
| Defendants. | |

With the agreement of the parties in open court on July 29, 2005, the Court enters this order (1) setting a hearing on August 19, 2005 at 2:00 p.m. before the Honorable Martin J. Jenkins and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 29, 2005 to August 19, 2005. The Court finds and holds as follows:

1. The defendant and counsel for the parties appeared before the Court on July 29, 2005 for the detention hearing at which time the Court set conditions for the defendant's release. Counsel for the defendant indicated that there was still discovery forthcoming and that previously produced discovery needed to be reviewed. Counsel for the defendant needs the time until August 19, 2005 to review this discovery in order to adequately prepare a defense.

2. The Court finds that, taking into account the public interest in the prompt disposition of criminal cases, granting the exclusion of time under the Speedy Trial Clock is necessary for the

1  effective preparation of counsel and the ends of justice are served by excluding the period
2  between July 29, 2005 and August 19, 2005 as they outweigh the best interest of the public and
3  the defendant in a speedy trial.  <u>See</u> 18 U.S.C. §§ 3161(h)(8)(a) and 3161(h)(8)(B)(iv).

5  IT IS SO ORDERED.

7  DATED:___August 22, 2005___

8  EDWARD M. CHEN
   United States Magistrate Judge

*Judge Edward M. Chen* (signature)

**[PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME**
**No. CR 05-00381 MJJ**                    2