KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94l02
    Telephone: (4l5) 436-6830
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00381 MJJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| v. | |
| JONATHAN HENRY WIEGMAN, | |
| Defendant. | |

    With the agreement of the parties in open court on August 19, 2005 and with the consent of the defendant Jonathan Wiegman ("defendant"), the Court enters this order (1) setting a hearing on September 16, 2005 at 2:30 p.m. and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 19, 2005 to September 16, 2005. The parties agree, and the Court finds and holds, as follows:

    1.    The parties appeared before the Court on August 19, 2004. The Court had previously excused the defendant's presence. CR 18. Counsel informed the Court that the government had produced approximately 2000 pages of discovery to the defendant. Counsel for the defendant will need time to review the discovery that has been and will be received from the government. Continuing the case until September 16, 2005 will give the defendant an opportunity to accomplish this objective.

STIPULATION & [PROPOSED] ORDER
RE: EXCLUSION OF TIME [CR 05-00381 MJJ]

1  2. The Court finds that, taking into the account the public interest in the prompt
2  disposition of criminal cases, granting the continuance until September 16, 2005 is necessary for
3  effective preparation of counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). Given these circumstances,
4  the Court finds that the ends of justice served by excluding the period from August 19, 2005 to
5  September 16, 2005 outweigh the best interest of the public and the defendant in a speedy trial.
6  Id. § 3161(h)(8)(A).

7  3. Accordingly, and with the consent of the defendant, the Court (1) sets a hearing
8  for September 16, 2005 at 2:30 p.m. and (2) orders that the period from August 19, 2005 to
9  September 16, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C.
10  § 3161(h)(8)(A) & (B)(iv).
11  SO STIPULATED.

13  DATED:_____         _____
14                                  KYLE F. WALDINGER
                                    Assistant United States Attorney

16  DATED:_____         _____
17                                  JEROME MATTHEWS
                                    Attorney for the defendant Jonathan Wiegman

19  IT IS SO ORDERED.

21  DATED: 8/25/2005               _____
22                                  MARTIN J. JENKINS
                                    United States District Judge

STIPULATION & [PROPOSED] ORDER
RE: EXCLUSION OF TIME [CR 05-00381 MJJ]         -2-