| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JEROME E. MATTHEWS |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street |
| | Suite 650 |
| 4 | Oakland, CA 94607-3627 |
| | Telephone: (510) 637-3500 |
| 5 | |
| | Counsel for Defendant JONATHAN WIEGMAN |
| 6 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 11 | UNITED STATES OF AMERICA, | ) | No. CR-05 00381 MJJ |
| 12 | Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER WAIVING APPEARANCE |
| 13 | vs. | ) ) | |
| 14 | JONATHAN WIEGMAN, | ) ) | |
| 15 | Defendant. | ) ) | |
| 16 | _____ | ) | |

This matter is scheduled for a status conference on September 16, 2005 at 2:30 p.m. The underlying indictment charges Mr. Wiegman with sending threatening e-mail messages to a local corporation. Mr. Wiegman was released on a secured bond, and is subject to electronic monitoring while living with his mother in Southern California. He has no assets and no source of income.

The government has produced more than two thousand pages of discovery to date, and defense counsel has not completed its review of these materials. In addition, the defense is requesting to make a forensic copy of a hard drive seized pursuant to the warrant in this case. Because the parties intend to request a continuance and no substantive action is anticipated at the scheduled status conference, IT IS STIPULATED AND AGREED that Mr. Wiegman's

STIP/ORD WAIVER OF APP          1

1 appearance on September 16, 2005 is WAIVED.  Defense counsel represents that Mr. Wiegman
2 concurs with this waiver of his appearance, and also concurs with the parties' anticipated request
3 to continue this matter with an exclusion of time under the Speedy Trial Act on the grounds of
4 defense preparation.

## ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: September 14, 2005

/S/
_____
JEROME MATTHEWS
Assistant Federal Public Defender

Dated: September 14, 2005

/S/
_____
KYLE WALDINGER
Assistant United States Attorney

Good cause appearing therefor, IT IS ORDERED that the appearance of Jonathan Wiegman at the status conference scheduled for September 16, 2005 is hereby WAIVED.

Dated: September 16, 2005

_____
MARTIN J. JENKINS
United States District Judge

STIP/ORD WAIVER OF APP       2