KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94l02
   Telephone: (4l5) 436-6830
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00381 MJJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| v. | |
| JONATHAN HENRY WIEGMAN, | |
| Defendant. | |

     With the agreement of the parties in open court on September 16, 2005 and with the consent of the defendant Jonathan Wiegman ("defendant"), the Court enters this order (1) setting a hearing on October 14, 2005 at 2:30 p.m. and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from September 16, 2005 to October 14, 2005. The parties agree, and the Court finds and holds, as follows:

     1.     The parties appeared before the Court on September 16, 2005. The Court had previously excused the defendant's presence. CR 23. Counsel for the defendant informed the Court that the government had recently produced an additional significant number of pages of discovery to the defendant. Counsel for the defendant also indicated that he would be requesting imaged copies of computers seized by the government from the defendant's home. Counsel for the defendant will need time to review the discovery that has been received from the government

STIPULATION & [PROPOSED] ORDER
RE: EXCLUSION OF TIME [CR 05-00381 MJJ]

1  and to obtain and review the imaged copies of the computers.  Continuing the case until October
2  14, 2005 will give the defendant an opportunity to accomplish these objectives.
3      2.    The Court finds that, taking into the account the public interest in the prompt
4  disposition of criminal cases, granting the continuance until October 14, 2005 is necessary for
5  effective preparation of counsel.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  Given these circumstances,
6  the Court finds that the ends of justice served by excluding the period from September 16, 2005
7  to October 14, 2005 outweigh the best interest of the public and the defendant in a speedy trial.
8  Id. § 3161(h)(8)(A).
9      3.    Accordingly, and with the consent of the defendant, the Court (1) sets a hearing
10 for October 14, 2005 at 2:30 p.m. and (2) orders that the period from September 16, 2005 to
11 October 14, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C.
12 § 3161(h)(8)(A) & (B)(iv).
13 SO STIPULATED.

15 DATED:_____    _____/s/_____
16     KYLE F. WALDINGER
    Assistant United States Attorney

18 DATED:_____    _____/s/_____
19     JEROME MATTHEWS
    Attorney for the defendant Jonathan Wiegman

21 IT IS SO ORDERED.

23 DATED: 9/23/2005    _____
24     MARTIN J. JENKINS
    United States District Judge

STIPULATION & [PROPOSED] ORDER
RE: EXCLUSION OF TIME [CR 05-00381 MJJ]    -2-