```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JEROME E. MATTHEWS
    Assistant Federal Public Defender
 3  555 - 12th Street
    Suite 650
 4  Oakland, CA 94607-3627
    Telephone: (510) 637-3500
 5
    Counsel for Defendant JONATHAN WIEGMAN
 6
```

**FILED**

OCT 17 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05 00381 MJJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER WAIVING APPEARANCE |
| vs. | |
| JONATHAN WIEGMAN, | |
| Defendant. | |

This matter is scheduled for a status conference on October 14, 2005 at 2:30 p.m. The underlying indictment charges Mr. Wiegman with sending threatening e-mail messages to a local corporation. Mr. Wiegman was released on a secured bond, and is subject to electronic monitoring while living with his mother in Southern California. He has no assets and no source of income.

On September 16, 2005, the government produced an additional 1,200 pages of discovery. Defense counsel has completed its review of some, but not all, of these materials. In addition, the government last week produced a compact disc containing results of a pen register/trap and trace placed on Mr. Wiegman's telephone number prior to his arrest. Because the parties intend to request a continuance to permit the defense to complete its review of these

STIP/ORD WAIVER OF APP                    1

1  materials, and no substantive action is anticipated at the scheduled status conference, IT IS
2  STIPULATED AND AGREED that Mr. Wiegman's appearance on October 14, 2005 is
3  WAIVED. Defense counsel represents that Mr. Wiegman concurs with this waiver of his
4  appearance, and also concurs with the parties' anticipated request to continue this matter with an
5  exclusion of time under the Speedy Trial Act on the grounds of defense preparation.

/S/

Dated: October 10, 2005

JEROME MATTHEWS
Assistant Federal Public Defender

/S/

Dated: October 11, 2005

KYLE WALDINGER
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that the appearance of Jonathan Wiegman at the status conference scheduled for October 14, 2005 is hereby WAIVED.

Dated: October 14 2005

MARTIN J. JENKINS
United States District Judge

STIP/ORD WAIVER OF APP                    2