1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, 11th Floor
6    San Francisco, California 94102
     Telephone: (415) 436-6830
7    Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

E-filing

FILED
OCT 1 9 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND DIVISION

12
   UNITED STATES OF AMERICA,          )    No. CR 05-00381 MJJ
13                                     )
            Plaintiff,                 )    STIPULATION AND [PROPOSED]
14                                     )    ORDER SETTING DATES AND
            v.                         )    DOCUMENTING
15                                     )    EXCLUSION OF TIME
   JONATHAN HENRY WIEGMAN,            )
16                                     )
            Defendant.                 )
17  _____ )

18       With the agreement of the parties and with the consent of the defendant Jonathan

19  Wiegman ("defendant"), the Court enters this order (1) vacating the previously scheduled hearing

20  set for October 14, 2005; (2) setting a new hearing date for November 18, 2005 at 2:30 p.m.; and

21  (3) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from to

22  October 14, 2005 to November 18, 2005.  The parties agree, and the Court finds and holds, as

23  follows:

24       1.      The government has produced several thousand pages of discovery in this matter.

25  In addition, the government recently produced results of a pen register/trap and trace obtained for

26  the defendant's telephone.  Further, the parties are still in the process of arranging for the defense

27  to obtain imaged copies of the computers seized from the defendant's home during the execution

28  of a search warrant in June 2005.  Counsel for the defendant still needs time to review the

STIPULATION & [PROPOSED] ORDER RE:
DATES & EXCLUSION OF TIME [CR 05-00381 MJJ]

1    discovery that has been received from the government and to obtain and review additional

2    discovery from the government.  Vacating the October 14, 2005 status hearing date and

3    continuing the case until November 18, 2005 will give the defendant an opportunity to

4    accomplish these objectives.

5         2.    The Court finds that, taking into the account the public interest in the prompt

6    disposition of criminal cases, granting the continuance until November 18, 2005 is necessary for

7    effective preparation of counsel.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  Given these circumstances,

8    the Court finds that the ends of justice served by excluding the period from October 14, 2005 to

9    November 18, 2005 outweigh the best interest of the public and the defendant in a speedy trial.

10   Id. § 3161(h)(8)(A).

11        3.    Accordingly, and with the consent of the defendant, the Court (1) vacates the

12   hearing previously set for October 14, 2005; (2) sets a new hearing for November 18, 2005 at

13   2:30 p.m.; and (3) orders that the period from October 14, 2005 to November 18, 2005 be

14   excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

15   SO STIPULATED.

16

17   DATED: 10/18/2005                    _____
                                          KYLE F. WALDINGER
18                                        Assistant United States Attorney

19

20   DATED: 10/17/05                      _____
                                          JEROME MATTHEWS
21                                        Attorney for the defendant Jonathan Wiegman

22

23   IT IS SO ORDERED.

24

25   DATED: 10/19/2005                    _____
                                          MARTIN J. JENKINS
26                                        United States District Judge

27

28

STIPULATION & [PROPOSED] ORDER RE:
DATES & EXCLUSION OF TIME [CR 05-00381 MJJ]-2-