1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant JONATHAN WIEGMAN
6

7

**F I L E D**

NOV 1 8 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-05 00381 MJJ
                                       )
12                 Plaintiff,          )    STIPULATION AND [PROPOSED]
                                       )    CONTINUING HEARING DATE
13  vs.                                )
                                       )
14  JONATHAN WIEGMAN,                  )
                                       )
15                 Defendant.          )
                                       )
16  ─────────────────────────────────

17         This matter is scheduled for a status conference on November 18, 2005 at 2:30 p.m.  The

18  underlying indictment charges Mr. Wiegman with sending threatening e-mail messages to a local

19  corporation.

20         The government has produced several thousand pages of discovery, including information

21  in disc format.  Defense counsel has completed its review of most, but not all, of these materials,

22  and needs to complete witness interviews on a few remaining issues.  The parties also are

23  discussing a possible resolution of the case.  In light of the foregoing, IT IS STIPULATED AND

24  AGREED that the status conference presently scheduled for November 18, 2005 be continued to

25  December 16, 2005.  At that time Mr. Wiegman will be prepared either to change his plea or set

26  the matter for trial.  IT IS FURTHER AGREED that the period from November 18, 2005 until

STIP/ORD                            1

Case 4:05-cr-00381-MJJ   Document 34   Filed 11/17/2005   Page 2 of 2

1   December 16, 2005 be excluded under the Speedy Trial Act on the grounds of defense

2   preparation and investigation, and because the interests of justice outweigh the interest of the

3   public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  Defense

4   counsel represents that Mr. Wiegman concurs with the request for exclusion of time under the

5   Speedy Trial Act.

6

7                                                        /S/

8   Dated: November 17, 2005    _____
                                                   JEROME MATTHEWS
9                                                  Assistant Federal Public Defender

10                                                      /S/

11   Dated: November 17, 2005    _____
                                                   KYLE WALDINGER
12                                                  Assistant United States Attorney

13   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
     "conformed" signature (/S/) within this efiled document.

14

15        Good cause appearing therefor, IT IS ORDERED that this matter be continued to

     December 16, 2005, and that time under the Speedy Trial Act be excluded, all on the grounds
16
     stated in the foregoing stipulation.
17

18

19
     Dated: November 17, 2005
20                                                  _____
                                                    MARTIN J. JENKINS
21                                                  United States District Judge

22

23

24

25

26

STIP/ORD                                    2