1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant JONATHAN WIEGMAN
6

**FILED**

DEC 20 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05 00381 MJJ |
| Plaintiff, | STIPULATION AND [PROPOSED] CONTINUING HEARING DATE |
| vs. | |
| JONATHAN WIEGMAN, | |
| Defendant. | |

This matter is scheduled for a status conference on December 16, 2005 at 2:30 p.m. The underlying indictment charges Mr. Wiegman with sending threatening e-mail messages to a local corporation.

The parties have reached a negotiated disposition, and therefore STIPULATE AND AGREE that the matter may be continued to January 5, 2006 for change of plea. The parties further agree that time may be excluded under the Speedy Trial Act given that the Court has the proposed plea agreement under consideration. 18 U.S.C. § 3161(h)(1)(I).

Defense counsel represents that Mr. Wiegman concurs with the request for exclusion of time under the Speedy Trial Act.

STIP/ORD                                1

| | |
|---|---|
| Dated: December 16, 2005 | /S/<br>JEROME MATTHEWS<br>Assistant Federal Public Defender |
| Dated: December 16, 2005 | /S/<br>KYLE WALDINGER<br>Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Good cause appearing therefor, IT IS ORDERED that this matter be continued to January 5, 2006 for change of plea, and that time under the Speedy Trial Act be excluded, all on the grounds stated in the foregoing stipulation.

Dated: December 20, 2005

MARTIN J. JENKINS
United States District Judge

STIP/ORD                                    2