1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant JONATHAN WIEGMAN
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. CR-05 00381 MJJ [WDB]
                                     )
12             Plaintiff,            )   [PROPOSED] ORDER PERMITTING
                                     )   DEFENDANT TO WAIVE RELEASE AND
13  vs.                              )   TO SURRENDER HIMSELF TO
                                     )   CUSTODY OF U.S. MARSHALS
14  JONATHAN WIEGMAN,                )
                                     )
15             Defendant.            )
                                     )
16

17       Jonathan Wiegman was released on a $500,000 secured bond on July 29, 2005. Mr.

18  Wiegman has been residing with his mother in Southern California and has been subject to

19  electronic monitoring. He is fully compliant with his release conditions, and has made all

20  required court appearances.

21       On January 5, 2006, Mr. Wiegman pleaded guilty to three counts of 47 U.S.C. §

22  223(a)(1)(C), telecommunications device harassment. The parties anticipate that Mr. Wiegman

23  will be sentenced to serve some time in custody.

24       Mr. Wiegman desires to gain credit against whatever period of custody to which he may

25  be sentenced. For these reasons, he has informed the Court that he would like to waive his right

26  to release under the Bail Reform Act and surrender himself as soon as possible. The Court finds

ORDER  cc: WDB's Stats, Copies to parties via ECF,
           Monica Tutson Pretrial Financial,
           2 certified copies to Marshal

1  that Mr. Wiegman understands his right to remain on bond pending sentencing, and knowingly
2  and voluntarily waives that right.
3      Good cause appearing therefor, IT IS ORDERED that Jonathan Wiegman's request to
4  waive his right to release under the Bail Reform Act is GRANTED. Mr. Wiegman is
5  REMANDED to the custody of the U.S. Marshals.
6  *Bond hereby vacated. WDB*
7  Dated: February 9, 2006

                                    WAYNE D. BRAZIL
                                    United States Magistrate Judge